Elijah L. Milne, Nevada Bar No. 13196
eli.milne@dentons.com
Timothy O. Hemming, Nevada Bar No. 14375
tim.hemming@dentons.com
DENTONS DURHAM JONES PINEGAR P.C.
192 East 200 North, 3rd Floor
St. George, UT 84770
Telephone:  435 674 0400
Facsimile:  435 628 1610

Richard L. Fenton, *pro hac vice* pending
richard.fenton@dentons.com
Jacqueline A. Giannini, *pro hac vice* pending
jacqui.giannini@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone:  312 876 8000
Facsimile:  312 876 7934
*Attorneys for Defendants*

Michael D. Rawlins, Nevada Bar No. 5467
3333 E. Serene Ave.  Suite 130
Henderson, NV. 89074
*Designated solely for service pursuant to LR IA 11-1(b)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIKA SMITH, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY, ALLSTATE NORTHBROOK INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DOES 1 through 10,<br><br>Defendants. | No. 2:21-cv-00487<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ADOPTION OF BRIEFING SCHEDULE;         ORDER (FIRST REQUEST)** |

1

1  Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiff Erika Smith ("Plaintiff") and Defendants Allstate Fire and Casualty Insurance Company, Allstate Indemnity Insurance Company, Allstate Insurance Company, Allstate Northbrook Indemnity Company, Allstate Property and Casualty Insurance Company, and Allstate Vehicle and Property Insurance Company (collectively, "Defendants"), by and through their attorneys, agree as follows:

WHEREAS, Plaintiff filed this action in state court on February 23, 2021;

WHEREAS, Defendants removed this action from state court to federal court on March 24, 2021;

WHEREAS, because Defendants were not served with a copy of the summons and complaint prior to removal, pursuant to Rules 4(d) and 81 of the Federal Rules of Civil Procedure, Defendants' responsive pleading is due on April 14, 2021;

WHEREAS, Defendants intend to file a Motion to Dismiss the Complaint ("Motion to Dismiss"), and in order to give the parties more time to meet and confer regarding Defendants' proposed pleading, and given the complexity of the issues, the parties seek a mutual extension of the briefing schedule on Defendants' Motion to Dismiss;

WHEREAS, Defendant agrees to waive service of the summons and complaint in connection with this stipulated briefing schedule;

WHEREAS, the proposed modifications to the briefing schedule will not prejudice any party to this action;

WHEREAS, this is the first stipulation for any extension of time in this case.

Accordingly, Plaintiff and Defendants hereby move the Court to grant an order as follows:

1. Defendants' Motion to Dismiss is due on or before May 14, 2021;
2. Plaintiff's Opposition to Defendants' Motion to Dismiss is due on or before June 14, 2021,
3. Defendants' Reply in Support of Their Motion to Dismiss is due on or before July 9, 2021.

The parties respectfully request that the Court so order.

Dated: April 13, 2021

| | |
|---|---|
| /s/ Matthew L. Sharp<br>Robert T. Eglet, Nevada Bar No. 3402<br>Cassandra S.M. Cummings, Nevada Bar No. 11944<br>eservice@egletlaw.com<br>EGLET ADAMS<br>400 S. Seventh St., Suite 400<br>Las Vegas, NV 89101<br>Telephone: 702 450 5400<br>Facsimile: 702 450 5451<br><br>Matthew L. Sharp, Nevada Bar No. 4746<br>MATTHEW L. SHARP, LTD.<br>432 Ridge Street<br>Reno, NV 89501<br>Telephone: 775 324 1500<br>Facsimile: 775 284-0675<br><br>*Attorneys for Plaintiff*<br>(Signed by filing counsel with permission received via e-mail on April 13, 2021) | /s/ Timothy O. Hemming<br>Elijah L. Milne, Nevada Bar No. 13196<br>eli.milne@dentons.com<br>Timothy O. Hemming, Nevada Bar No. 14375<br>tim.hemming@dentons.com<br>DENTONS DURHAM JONES PINEGAR P.C.<br>192 East 200 North, 3rd Floor<br>St. George, UT 84770<br>Telephone: 435 674 0400<br>Facsimile: 435 628 1610<br><br>Richard L. Fenton, *pro hac vice* pending<br>richard.fenton@dentons.com<br>Jacqueline A. Giannini, *pro hac vice* pending<br>jacqui.giannini@dentons.com<br>DENTONS US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6361<br>Telephone: 312 876 8000<br>Facsimile: 312 876 7934<br>*Attorneys for Defendants* |

IT IS SO ORDERED:

1. Defendants' Motion to Dismiss is due on or before May 14, 2021;

2. Plaintiff's Opposition to Defendants' Motion to Dismiss is due on or before June 14, 2021,

3. Defendants' Reply in Support of Their Motion to Dismiss is due on or before July 9, 2021.

_____
UNITED STATES DISTRICT JUDGE
THE HONORABLE JAMES C. MAHON

DATED: April 14, 2021

3

**CERTIFICATE OF SERVICE**

I, Timothy O. Hemming, hereby certify that on this 13th day of April, 2021, I caused to be served the foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ADOPTION OF BRIEFING SCHEDULE; [PROPOSED] ORDER (FIRST REQUEST)** on all counsel of record via the Court's CM/ECF service system.

          /s/ Timothy O. Hemming
          Timothy O. Hemming, Esq.