UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIKA SMITH,<br><br>　　　　Plaintiff<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, et al.,<br><br>　　　　Defendants | Case No.: 2:21-cv-00487-APG-DJA<br><br>**Order Vacating Minute Order**<br><br>[ECF No. 28] |

The minute order at ECF No. 28 was entered in error.

I THEREFORE ORDER that the minute order **(ECF No. 28) is VACATED**.

DATED this 29th day of April, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE