Elijah L. Milne, Nevada Bar No. 13196
eli.milne@dentons.com
Timothy O. Hemming, Nevada Bar No. 14375
tim.hemming@dentons.com
DENTONS DURHAM JONES PINEGAR P.C.
192 East 200 North, 3rd Floor
St. George, UT 84770
Telephone:  435 674 0400
Facsimile:  435 628 1610

Mark Hanover, *pro hac vice* pending
mark.hanover@dentons.com
Jacqueline A. Giannini, *pro hac vice*
jacqui.giannini@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone:  312 876 8000
Facsimile:  312 876 7934
*Attorneys for Defendants*

Michael D. Rawlins, Nevada Bar No. 5467
3333 E. Serene Ave.  Suite 130
Henderson, NV. 89074
*Designated solely for service pursuant to LR IA 11-1(b)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIKA SMITH, individually and on behalf of all those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY, ALLSTATE NORTHBROOK INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DOES 1 through 10,<br><br>　　　　　Defendants. | No. 2:21-cv-00487-APG-DJA<br><br>**NOTICE OF DEATH OF COUNSEL FOR DEFENDANT** |

1

Defendants, by and through undersigned counsel, regrettably give notice that attorney Richard L. Fenton, admitted pro hac vice, has passed away, and request that Mr. Fenton be removed as counsel of record and cease receiving filings in this case.

Dated: May 11, 2021

/s/ Timothy O. Hemming
Elijah L. Milne, Nevada Bar No. 13196
eli.milne@dentons.com
Timothy O. Hemming, Nevada Bar No. 14375
tim.hemming@dentons.com
DENTONS DURHAM JONES PINEGAR P.C.
192 East 200 North, 3rd Floor
St. George, UT 84770
Telephone:  435 674 0400
Facsimile:   435 628 1610

Mark Hanover, *pro hac vice* pending
mark.hanover@dentons.com
Jacqueline A. Giannini, *pro hac vice*
jacqui.giannini@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: 312 876 8000
Facsimile: 312 876 7934
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: May 12, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, Timothy O. Hemming, hereby certify that on this 11th day of May, 2021, I caused to be served the foregoing **NOTICE OF DEATH OF COUNSEL FOR DEFENDANT** on all counsel of record via the Court's CM/ECF service system.

/s/ Timothy O. Hemming
Timothy O. Hemming, Esq.
