Elijah L. Milne, Nevada Bar No. 13196
eli.milne@dentons.com
Timothy O. Hemming, Nevada Bar No. 14375
tim.hemming@dentons.com
DENTONS DURHAM JONES PINEGAR P.C.
192 East 200 North, 3rd Floor
St. George, UT 84770
Telephone: 435 674 0400
Facsimile: 435 628 1610

Mark Hanover, *pro hac vice*
mark.hanover@dentons.com
Jacqueline A. Giannini, *pro hac vice*
jacqui.giannini@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: 312 876 8000
Facsimile: 312 876 7934
*Attorneys for Defendants*

Michael D. Rawlins, Nevada Bar No. 5467
3333 E. Serene Ave. Suite 130
Henderson, NV. 89074
*Designated solely for service pursuant to LR IA 11-1(b)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIKA SMITH, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY, ALLSTATE NORTHBROOK INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DOES 1 through 10,<br><br>Defendants. | No. 2:21-cv-00487<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

1

Plaintiff Erika Smith ("Plaintiff") and Defendants Allstate Fire and Casualty Insurance Company, Allstate Indemnity Insurance Company, Allstate Insurance Company, Allstate Northbrook Indemnity Company, Allstate Property and Casualty Insurance Company, and Allstate Vehicle and Property Insurance Company (collectively, "Defendants"), by and through their attorneys, for good cause shown, hereby stipulate and agree as follows:

1. On May 14, 2021, Defendants moved to dismiss Plaintiff's Complaint [ECF No. 36] (the "Motion").

2. Plaintiff filed her Response to Defendants' Motion on June 14, 2021 [ECF No. 39].

3. Defendants filed a Reply in Support of the Motion on July 9, 2021 [ECF No. 40].

4. Pending resolution of Defendants' Motion, the Parties agree and stipulate to a stay of discovery including, but not limited to, any discovery obligations set forth in Fed. R. Civ. P. 26 and LR 26-1, in order to preserve judicial and party resources. The Parties are in agreement that a stay of discovery is warranted at this time. Moreover, discovery is not required to resolve the pending Motion.

5. If the Court denies Defendants' Motion, in whole or in part, the Parties agree to submit a discovery plan and scheduling order within 30 days after entry of the Court's order on the Motion.

6. Good cause exists to enter the Parties' stipulated stay of discovery.

7. The Parties represent that this stipulation is sought in good faith and not for the purposes of delay.

The Parties respectfully request that the Court so order.

Dated: August 6, 2021

/s/ Danielle C. Miller
Robert T. Eglet, Nevada Bar No. 3402
Danielle C. Miller Nevada Bar No. 9127
Cassandra S.M. Cummings, Nevada Bar No. 11944
eservice@egletlaw.com
EGLET ADAMS
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
Telephone: 702 450 5400
Facsimile: 702 450 5451

Matthew L. Sharp, Nevada Bar No. 4746
matt@mattsharplaw.com

/s/ Timothy O. Hemming
Elijah L. Milne, Nevada Bar No. 13196
eli.milne@dentons.com
Timothy O. Hemming, Nevada Bar No. 14375
tim.hemming@dentons.com
DENTONS DURHAM JONES PINEGAR P.C.
192 East 200 North, 3rd Floor
St. George, UT 84770
Telephone: 435 674 0400
Facsimile: 435 628 1610

Mark Hanover, *pro hac vice*
mark.hanover@dentons.com

| | |
|---|---|
| MATTHEW L. SHARP, LTD.<br>432 Ridge Street<br>Reno, NV 89501<br>Telephone: 775 324 1500<br>Facsimile: 775 284-0675<br><br>*Attorneys for Plaintiff*<br>(Signed by filing attorney with permission received via e-mail on August 6, 2021) | Jacqueline A. Giannini, *pro hac vice*<br>jacqui.giannini@dentons.com<br>DENTONS US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6361<br>Telephone: 312 876 8000<br>Facsimile: 312 876 7934<br><br>*Attorneys for Defendants* |

## Order

IT IS SO ORDERED:

1. Discovery is stayed pending resolution of Defendants' Motion to Dismiss.

2. The Parties shall submit a discovery plan and scheduling order within 30 days of the Court's Order if the Motion is denied.

**IT IS SO ORDERED**

**DATED:** 5:58 pm, August 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**