1  Elijah L. Milne, Nevada Bar No. 13196
   eli.milne@dentons.com
2  Timothy O. Hemming, Nevada Bar No. 14375
   tim.hemming@dentons.com
3  DENTONS DURHAM JONES PINEGAR P.C.
   192 East 200 North, 3rd Floor
4  St. George, UT 84770
   Telephone: 435 674 0400
5  Facsimile: 435 628 1610

6  Mark Hanover, *pro hac vice*
   mark.hanover@dentons.com
7  Jacqueline A. Giannini, *pro hac vice*
   jacqui.giannini@dentons.com
8  DENTONS US LLP
   233 South Wacker Drive, Suite 5900
9  Chicago, IL 60606-6361
   Telephone: 312 876 8000
10 Facsimile: 312 876 7934
   *Attorneys for Defendants*

11

12 Michael D. Rawlins, Nevada Bar No. 5467
   3333 E. Serene Ave. Suite 130
13 Henderson, NV. 89074
   *Designated solely for service pursuant to LR IA 11-1(b)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIKA SMITH, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY, ALLSTATE NORTHBROOK INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DOES 1 through 10,<br><br>Defendants. | No. 2:21-cv-00487- RFB-BNW<br><br>**STIPULATION [AND PROPOSED ORDER] TO DISMISS WITH PREJUDICE** |

1

Plaintiff Erika Smith ("Plaintiff") and Defendants Allstate Fire and Casualty Insurance Company, Allstate Indemnity Insurance Company, Allstate Insurance Company, Allstate Northbrook Indemnity Company, Allstate Property and Casualty Insurance Company, and Allstate Vehicle and Property Insurance Company (collectively, "Defendants"), by and through their attorneys, for good cause shown, hereby stipulate and agree as follows:

1. Plaintiff filed this action in state court on February 23, 2021.

2. Defendants removed this action from state court to federal court on March 24, 2021.

3. On May 14, 2021, Defendants moved to dismiss Plaintiff's Complaint [ECF No. 36] (the "Motion"). Plaintiff filed her Response to Defendants' Motion on June 14, 2021 [ECF No. 39]. Defendants filed a Reply in Support of the Motion on July 9, 2021 [ECF No. 40].

4. On February 9, 2022, following oral argument on Defendant's Motion to Dismiss, the Court dismissed Plaintiff's claims for declaratory relief and breach of contract with prejudice and the claims for breach of implied covenant of good faith and fair dealing, tortious bad faith and violation of the Deceptive Trade Practices Act without prejudice. [ECF No. 45.]

5. The Court granted Plaintiff's extension to May 11, 2022 to file an Amended Complaint. [ECF No. 49.]

6. Plaintiff does not intend to file an Amended Complaint and the parties stipulate that Plaintiff's action against Defendants is dismissed with prejudice and without fees and costs to any of the parties in this action.

**IT IS SO STIPULATED AND AGREED TO BY:**

Dated: April 29, 2022

/s/ Matthew L. Sharp
Robert T. Eglet, Nevada Bar No. 3402
Cassandra S.M. Cummings, Nevada Bar No. 11944
eservice@egletlaw.com
EGLET ADAMS
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
Telephone: 702 450 5400
Facsimile: 702 450 5451

Matthew L. Sharp, Nevada Bar No. 4746
MATTHEW L. SHARP, LTD.
432 Ridge Street

/s/ Timothy O. Hemming
Elijah L. Milne, Nevada Bar No. 13196
eli.milne@dentons.com
Timothy O. Hemming, Nevada Bar No. 14375
tim.hemming@dentons.com
DENTONS DURHAM JONES PINEGAR P.C.
192 East 200 North, 3rd Floor
St. George, UT 84770
Telephone:  435 674 0400
Facsimile:   435 628 1610

Mark Hanover, *pro hac vice*
mark.hanover@dentons.com
Jacqueline A. Giannini, *pro hac vice*
jacqui.giannini@dentons.com

| | |
|---|---|
| Reno, NV 89501<br>Telephone: 775 324 1500<br>Facsimile: 775 284-0675<br><br>*Attorneys for Plaintiff*<br>(signed by filing attorney with permission received via e-mail on April 29, 2022). | DENTONS US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6361<br>Telephone: 312 876 8000<br>Facsimile: 312 876 7934<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED:**

DATED: May 4, 2022

_____
RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Timothy O. Hemming, hereby certify that on April 29, 2022, I caused to be served the foregoing **STIPULATION [AND PROPOSED ORDER] TO DISMISS WITH PREJUDICE** on all counsel of record, including the following counsel for Plaintiff, via the Court's CM/ECF service system:

**Cassandra Cummings**
Eglet Adams
400 S. 7th Street
Suite 400
Las Vegas, NV 89101
702-450-5400
Fax: 702-450-5451
Email: ccummings@egletlaw.com

**Matthew L. Sharp**
Matthew L. Sharp, Ltd.
432 Ridge St.
Reno, NV 89501
775-324-1500
Fax: 775-284-0675
Email: matt@mattsharplaw.com

**Robert T Eglet**
Eglet Prince
400 S. 7th Street
Box 1, Suite 400
Las Vegas, NV 89101
702-450-5400
Fax: 702-450-5451
Email: eservice@egletlaw.com

/s/ Timothy O. Hemming
Timothy O. Hemming, Esq.